IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 99-cv-01388-DBS
Criminal Action No. 95-cr-00367-DBS

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

v.

JOHNNY BLAZE,

        Defendant-Movant.

_____

ORDER DENYING MOTION FOR RECONSIDERATION OF ORDER DATED
JULY 15, 2005
_____

On July 15, 2005, Judge Daniel B. Sparr entered an order transferring to the Tenth Circuit Court of Appeals the pleading filed by Defendant-Movant Johnny Blaze, entitled Amended Supplemental § 2255 Based on *Blakely, Booker et al.,* Pursuant to Relation-Bac.k Application of F.R.Civ.P. 15(c), filed June 28, 2005, as a second or successive § 2255 motion.  Upon review of the Clerk's file in this Court, following the death of Judge Sparr, it is noted that the Court of Appeals sent Johnny Blaze a letter, dated July 26, 2005, notifying him that he had 30 days to respond to the transfer of his petition.  On July 27, 2005, Johnny Blaze filed in this court a motion for reconsideration of the order of Judge Sparr, with Exhibit A attached as his brief in opposition to the Government's motion to transfer.  The basis of the motion is that to Mr. Blaze's understanding, Judge Sparr entered the order without an opportunity to review Exhibit A.  Upon a reading of that Exhibit A, it is apparent that nothing contained therein

changes the legal conclusion that the pleading constitutes a successive or second motion under § 2255 over which this court has no jurisdiction and that the order entered by Judge Sparr on July 15, 2005, was legally and factually correct.  It is therefore

ORDERED that the motion for reconsideration, filed in this court on July 27, 2005, is denied.

DATED: March 27th , 2007

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior Judge