# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 95-cr-00367-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

2.     JOHNNY BLAZE,

        Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Defendant has filed, pro se, a Motion for Reduction of Sentence (Doc 355 - filed January 19, 2011). Government has **up to and including February 10, 2011** to file a response. Defendant has **up to and including February 24, 2011** to file a reply.

     The Clerk of the Court is directed to add Pro se Defendant to the certificate of service regarding this matter and mail a copy of this Minute Order to him.

Dated: January 20, 2011