**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.   95-cr-00367-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.   JOHNNY BLAZE,

       Defendant.

_____

**ORDER**
_____

This case is before the Court upon the Defendant's Motion to Reduce Sentence (Doc 355).  In reliance upon *United States v. O'Brien*, 130 S.Ct. 2169 (2010), the Defendant contends that the trial court erred in increasing his sentence because it improperly attributed gun use to him.  By Minute Order (Doc 358), the Court granted the Government's Motion for Extension of Time to File Reply to the Motion to and including February 17, 2011.  Although Defendant filed his "Notice of Default" (Doc 360), the docket reflects that the Government filed its response on February 17, 2011 (Doc 359).  The response is timely.

Defendant's conviction for interference with commerce by threats and violence, interstate transportation in aid of racketeering, and use of interstate communications to extort money was affirmed by the Tenth Circuit Court of Appeals in *United States v. Blaze* (10th Cir. 143 F.3d 585).  *O'Brien* stands for the proposition that while elements of a crime

must be charged in an indictment and proved to a jury beyond a reasonable doubt, sentencing factors can be proved to a judge at sentencing by a preponderance of the evidence. But because Defendant was not convicted of a firearms offense and there was no element of a firearms offense to be proven, as the Tenth Circuit makes clear in its recitation of the factual circumstances underlying the offenses for which Defendant was convicted, the sentencing judge did not err in determining that his gun use and death treats were proven by a preponderance of the evidence. Accordingly

IT IS ORDERED that Defendant's Motion for Sentencing Reduction (Doc 355) is DENIED.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

Dated: May 20, 2011