# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No.   95-cr-00367-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2.   JOHNNY BLAZE,

       Defendant.

_____

# ORDER
_____

Upon Defendant's pro se Motion to Reconsider Reduction of Sentence (Doc 363 - filed June 3, 2011), it is

ORDERED that Defendant's Motion is DENIED.

                                                     BY THE COURT:

                                                       s/Lewis T. Babcock
                                                     Lewis T. Babcock, Judge

Dated:   June 7, 2011